

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

March 10, 2006



Victor F. Battaglia
Biggs and attaglia
921 Orange Street,
Wilmington, DE  19801

Re:  Gloria Nieves and Emilio Nieves, Pltfs. vs. Acme Markets, Inc., et al., Dfts.
Case No.  06-123 (GMS)

Dear Mr. Battaglia,

After checking our records and the records of the State of DE, it has been determined that The Corporation
Trust Company is not the agent for an entity by the name of ACME Markets, Inc.. Currently, the state lists
Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 510987821

FedEx #7914-0225-6039

cc:  Delaware U.S. District Court
     J. Caleb Boggs Fed. Bldg.,
     Lockbox 18,
     844 N King St., Rm. 4209,
     Wilmington, DE  19801-3570

cc:  New York SOP Support



CT CORPORATION

Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A WoltersKluwer Company

U.S.M.'s
X-RAY

WILMINGTON DC 195
PM
13 MAR
2006

VISIT
WWW.CTADVANTAGE.COM

US POSTAGE