IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ACME MARKETS, INC., a Delaware )<br>Corporation, d/b/a Acme Markets No. 7816, )<br>ACME MARKETS, INC., a Delaware )<br>Corporation, d/b/a Acme Markets No. 7836, )<br>ACME MARKETS, a Pennsylvania )<br>Corporation, d/b/a Acme Markets No. 7816, )<br>ACME MARKETS, INC., a Pennsylvania )<br>Corporation, d/b/a Acme Markets No. 7836 )<br>)<br>Defendants. ) | C.A. No. 06-123 GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Elizabeth A. Malloy, Esquire, to represent Acme Markets, Inc., in this matter.

KLETT ROONEY LIEBER & SCHORLING

_____
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jbecnel-guzzo@klettrooney.com
*Attorneys for Acme Markets, Inc.*

Date: June 28, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2006   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 of the United States District Court for the District of Delaware submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

 

Elizabeth A. Malloy, Esquire
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
(215) 567-7614

Date: June 23, 2006

WLM#66643

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES AND EMILIO NIEVES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 06-123 GMS |
| ACME MARKETS, INC., a Delaware Corporation, ) | |
| d/b/a Acme Markets No. 7816 ) | |
| ACME MARKETS, INC., a Delaware Corporation, ) | |
| d/b/a Acme Markets No.7836 ) | |
| ACME MARKETS, INC., a Pennsylvania ) | |
| Corporation, d/b/a/ Acme Markets No. 7816, ) | |
| ACME MARKETS, INC., a Pennsylvania ) | |
| Corporation, d/b/a Acme Markets No. 7836 ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Jennifer M. Becnel-Guzzo, hereby certify that on June 28, 2006, I electronically filed the **Motion and Order for Admission Pro Hac Vice and Certification by Counsel to be Admitted** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

BY: *Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jbecnel-guzzo@klettrooney.com

66749