IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware Corporation, d/b/a Acme Markets No. 7816, | : | JURY TRIAL DEMANDED |
| ACME MARKETS, INC. a Delaware Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | | |

## NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on August 1, 2006, a true and correct copy of the **Initial Disclosures of Acme Markets, Inc.** was served via hand delivery upon the following:

> Phillip B. Bartoshesky, Esquire
> Biggs & Battaglia
> 921 Orange Street
> Wilmington, DE 19801

BUCHANAN INGERSOLL & ROONEY PC

BY: *[signature]*

Elizabeth A. Malloy (*admitted pro hac*)
Buchanan Ingersoll & Rooney PC
Two Logan Square, 12th Floor
Philadelphia, PA 19103

Jennifer M. Becnel-Guzzo (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant*

August 1, 2006

WLM#67144

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2006, I electronically filed Defendant's Notice of Service of the Initial Disclosures of Acme Markets, Inc. with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants.

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Jennifer M. Becnel-Guzzo*
JENNIFER M. BECNEL-GUZZO (No. 4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com

WLM#67146