IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § | C.A. Number: 06-123 GMS |
| v. | § § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

## NOTICE OF SERVICE

I, Phillip B. Bartoshesky, Esquire, hereby certify that on August 2, 2006, a true and correct copy of the **Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)** was served via hand delivery upon the following:

>Jennifer M. Becnel-Guzzo
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, DE 19801

>BIGGS & BATTAGLIA
>
>BY: /s/ Phillip B. Bartoshesky
>   PHILLIP B. BARTOSHESKY (ID# 2056)
>   921 North Orange Street
>   Wilmington, DE 19801
>   (302) 655-9677
>   Attorney for Plaintiffs

August 2, 2006