IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | | |

## NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on August 8, 2006, true and correct copies of **Defendant Acme Market, Inc.'s First Set of Interrogatories and First Set of Requests for the Production of Documents** were served via U.S. Mail upon the following:

        Phillip B. Bartoshesky, Esquire
        Biggs & Battaglia
        921 Orange Street
        Wilmington, DE 19801

        BUCHANAN INGERSOLL & ROONEY PC

        BY: _____

| | |
|---|---|
| Elizabeth A. Malloy (*admitted pro hac*) | Jennifer M. Becnel-Guzzo (#4492) |
| Buchanan Ingersoll & Rooney PC | The Brandywine Building |
| Two Logan Square, 12th Floor | 1000 West Street, Suite 1410 |
| Philadelphia, PA 19103 | Wilmington, DE 19801 |
| | (302) 552-4200 |
| | jennifer.becnelguzzo@bipc.com |
| | *Attorneys for Defendant* |

August 8, 2006

WLM#67279