IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § | C.A. Number: 06-123 GMS |
| v. | § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

## NOTICE OF SERVICE

I, Phillip B. Bartoshesky, Esquire, hereby certify that on October 6, 2006, a true and correct copy of the Plaintiffs' Answers to Defendant's Interrogatories and Plaintiff's Response to Defendant's First Request for Production of Documents was served via First Class Mail upon the following:

        Elizabeth A. Malloy (pro hac vice)
        BUCHANAN INGERSOLL & ROONEY PC
        Two Logan Square - 12th Floor
        Philadelphia, PA 19103
        (215) 567-7500

And by hand delivery upon the flowing:

                              Jennifer M. Becnel-Guzzo
                              The Brandywine Building
                              1000 West Street, Suite 1410
                              Wilmington, DE 19801
                              (302) 552-4200

                              BIGGS & BATTAGLIA

                              BY: /s/ Phillip B. Bartoshesky
                                  PHILLIP B. BARTOSHESKY (ID# 2056)
                                  921 North Orange Street
                                  Wilmington, DE 19801
                                  (302) 655-9677
                                  Attorney for Plaintiffs

October 6, 2006

## CERTIFICATE OF SERVICE

I, Phillip B. Bartoshesky, Esquire, hereby certify that on October 6, 2006, a true and correct copy of the Plaintiffs' Answers to Defendant's Interrogatories and Plaintiff's Response to Defendant's First Request for Production of Documents was served via First Class Mail upon the following:

> Elizabeth A. Malloy (pro hac vice)
> BUCHANAN INGERSOLL & ROONEY PC
> Two Logan Square - 12th Floor
> Philadelphia, PA 19103
> (215) 567-7500

And by hand delivery upon the flowing:

> Jennifer M. Becnel-Guzzo
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200

> BIGGS & BATTAGLIA
>
> BY: /s/ Phillip B. Bartoshesky
>     PHILLIP B. BARTOSHESKY (ID# 2056)
>     921 North Orange Street
>     Wilmington, DE 19801
>     (302) 655-9677
>     Attorney for Plaintiffs