IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § | C.A. Number: 06-123 GMS |
| v. | § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

## NOTICE OF SERVICE

I, Phillip B. Bartoshesky, Esquire, hereby certify that on November 22, 2006, a true and correct copy of the Plaintiffs' First Set of Interrogatories Directed to All Defendants and Plaintiff's First Set of Request for Production of Documents Directed to All Defendants was served via First Class Mail upon the following:

> Elizabeth A. Malloy (pro hac vice)
> Buchanan, Ingersoll & Rooney, P.C.
> 1835 Market Street, 14th Floor
> Philadelphia, Pennsylvania 19103-2985
> (215) 567-7500

And by hand delivery upon the flowing:

       Jennifer M. Becnel-Guzzo
       The Brandywine Building
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       BIGGS & BATTAGLIA

       BY: /s/ Phillip B. Bartoshesky
        PHILLIP B. BARTOSHESKY (ID# 2056)
        921 North Orange Street
        Wilmington, DE 19801
        (302) 655-9677
        Attorney for Plaintiffs

November 22, 2006

## CERTIFICATE OF SERVICE

I, Phillip B. Bartoshesky, Esquire, hereby certify that on November 22, 2006, a true and correct copy of the Plaintiffs' First Set of Interrogatories Directed to All Defendants and Plaintiffs' First Set of Request for Production of Documents Directed to All Defendants was served via First Class Mail upon the following:

>Elizabeth A. Malloy (pro hac vice)
>Buchanan, Ingersoll & Rooney, P.C.
>1835 Market Street, 14th Floor
>Philadelphia, Pennsylvania 19103-2985
>(215) 567-7500

And by hand delivery upon the flowing:

>Jennifer M. Becnel-Guzzo
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, DE 19801
>(302) 552-4200

>BIGGS & BATTAGLIA

>BY: /s/ Phillip B. Bartoshesky
>   PHILLIP B. BARTOSHESKY (ID# 2056)
>   921 North Orange Street
>   Wilmington, DE 19801
>   (302) 655-9677
>   Attorney for Plaintiffs