IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | | |

**NOTICE OF DEPOSITION**

TO:    Phillip B. Bartoshesky, Esquire
Biggs & Battaglia
921 Orange Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that counsel for Defendant Acme Markets, Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the oral deposition of Gloria Nieves in the offices of Buchanan Ingersoll & Rooney, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, DE. 19801, on December 6, 2006, beginning at 9:30 a.m. The deposition will be taken by a notary public, court reporter, or other authorized person and will continue day to day until completed.

                                      BUCHANAN INGERSOLL & ROONEY PC

                                      */s/ Jennifer M. Becnel-Guzzo*
                                      Jennifer M. Becnel-Guzzo (#4492)
                                      The Brandywine Building
                                      1000 West Street, Suite 1410
                                      Wilmington, DE 19801
                                      (302) 552-4200
                                      jennifer.becnelguzzo@bipc.com
                                      *Attorneys for Defendant Acme Markets, Inc.*

November 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES AND EMILIO NIEVES ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACME MARKETS, INC., a Delaware Corporation, ) <br> d/b/a Acme Markets No. 7816 ) <br> ACME MARKETS, INC., a Delaware Corporation, ) <br> d/b/a Acme Markets No.7836 ) <br> ACME MARKETS, INC., a Pennsylvania ) <br> Corporation, d/b/a/ Acme Markets No. 7816, ) <br> ACME MARKETS, INC., a Pennsylvania ) <br> Corporation, d/b/a Acme Markets No. 7836 ) <br> ) <br> Defendants. ) | C.A. No. 06-123 GMS |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on November 27, 2006, I electronically filed the **Notice of Deposition** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

Jennifer M. Becnel-Guzzo (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
