IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-123-GMS |
| ACME MARKETS, INC., et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **December, 2006**,

IT IS ORDERED that the mediation conference statements for the mediation in the above matter due on or before **Thursday, December 21, 2006 shall be delivered to the Clerk's Office by no later than 12:00 Noon.** All other provisions of the Court's October 10, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE