IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § § | C.A. Number: 06-123 GMS |
| v. | § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

## NOTICE OF DEPOSITION

TO: Elizabeth A. Malloy, Esquire
Buchanan, Ingersoll & Rooney, P.C.
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103-2985
215-665-5310

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following individuals in the offices of the undersigned on December 18, 2006 as set forth:

    9:30 A.M.        Stephen Moyer

    11:30 A.M.      Stephen Briely

      1:30 P.M.      Barbara Appenzeller

      BIGGS AND BATTAGLIA

      <u>/s/ *Philip Bartoshesky*</u> (#2056)
      Philip B. Bartoshesky, Esq.
      921 North Orange Street
      Post Office Box 1489
      Wilmington, Delaware 19899
      Attorneys for Plaintiffs

December 13, 2006

CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, do hereby certify that on December 13, 2006, I sent one true and correct copy of the foregoing **NOTICE OF DEPOSITION** via electronic filing to the following:

Elizabeth A. Malloy, Esquire
Buchanan, Ingersoll & Rooney, P.C.
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103-2985
215-665-5310
Attorney for Defendant ACME Markets, Inc.

BIGGS & BATTAGLIA
/s Philip B. Bartoshesky
Philip B. Bartoshesky (#2056)
912 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorney for Plaintiff

December 13 2006