IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC. a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7836, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on January 2, 2007, true and correct copies of **Defendant Acme Markets, Inc.'s Objections and Answers to Plaintiffs' First Set of Interrogatories Directed to All Defendants, Defendant Acme Markets, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents Directed to All Defendants** and this **Notice of Service** were served via hand delivery upon the following:

        Phillip B. Bartoshesky, Esquire
        Biggs & Battaglia
        921 Orange Street
        Wilmington, DE 19801

        BUCHANAN INGERSOLL & ROONEY PC

        BY: /s/ Jennifer M. Becnel-Guzzo
        Jennifer M. Becnel-Guzzo (#4492)
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200
        jennifer.becnelguzzo@bipc.com
        *Attorneys for Defendant Acme Markets, Inc.*

January 2, 2007