IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

TO:  Phillip B. Bartoshesky, Esquire
     Biggs & Battaglia
     921 North Orange Street
     Wilmington, DE 19801

Please take notice that Defendant in the above captioned matter, pursuant to Rule 45 of the Federal Rules of Civil Procedure, has served a subpoena on Formosa Plastics Corp. requesting production of the documents described on Attachment "A" to said subpoena at the offices of Buchanan Ingersoll & Rooney, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801.

BUCHANAN INGERSOLL & ROONEY PC

BY: *[signature]*
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on January 8, 2007 I electronically filed the Defendants' **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

                                                BUCHANAN INGERSOLL & ROONEY PC

                                                BY: /s/ Jennifer M. Becnel-Guzzo
                                                Jennifer M. Becnel-Guzzo (#4492)
                                                1000 West Street, Suite 1410
                                                Wilmington, DE 19801
                                                (302) 552-4200
                                                jennifer.becnelguzzo@bipc.com

January 8, 2007                                    *Attorneys for Defendant Acme Markets, Inc.*