IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware | : | JURY TRIAL DEMANDED |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC. a Delaware | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

TO:   Phillip B. Bartoshesky, Esquire
      Biggs & Battaglia
      921 North Orange Street
      Wilmington, DE 19801

Please take notice that Defendant in the above captioned matter, pursuant to Fed. R. Civ. P. 45, has served a subpoena on the Delaware Department of Labor requesting production of the documents described on Attachment "A" to said subpoena and the attendance of Tom Smith for an oral deposition at the offices of Buchanan Ingersoll & Rooney, 1000 West Street, Suite 1410, Wilmington, DE 19801 on January 10, 2007 at 10:00 a.m.

                                BUCHANAN INGERSOLL & ROONEY PC

                                BY: *[signature]*
                                Jennifer M. Becnel-Guzzo (#4492)
                                1000 West Street, Suite 1410
                                Wilmington, DE 19801
                                (302) 552-4200
                                jennifer.becnelguzzo@bipc.com
                                *Attorneys for Defendant Acme Markets, Inc.*

January 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : NO. 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC. a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7836, | : JURY TRIAL DEMANDED |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on January 8, 2007 I electronically filed the **Defendants' Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

BY: *(signature)*
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 8, 2007