IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § | C.A. Number:  06-123 GMS |
| v. | § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

### NOTICE OF DEPOSITION

TO:  Elizabeth A. Malloy, Esquire
  Buchanan, Ingersoll & Rooney, P.C.
  1835 Market Street, 14th Floor
  Philadelphia, Pennsylvania 19103-2985
  215-665-5310

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following individuals in the offices of the undersigned on January 18, 2007 as set forth:

  10:00 A.M.   Denise Dean

        11:00 A.M.        Joyce Alpin

        12:00 P.M.        Michele Warren

        BIGGS AND BATTAGLIA

        */s/ Philip Bartoshesky* (#2056)
        Philip B. Bartoshesky, Esq.
        921 North Orange Street
        Post Office Box 1489
        Wilmington, Delaware 19899
        Attorneys for Plaintiffs

January 10, 2007

CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, do hereby certify that on January 10, 2007, I sent one true and correct copy of the foregoing **NOTICE OF DEPOSITION** via electronic filing to the following:

> Elizabeth A. Malloy, Esquire
> Buchanan, Ingersoll & Rooney, P.C.
> 1835 Market Street, 14th Floor
> Philadelphia, Pennsylvania 19103-2985
> 215-665-5310
> Attorney for Defendant ACME Markets, Inc.

> **BIGGS & BATTAGLIA**
> /s Philip B. Bartoshesky
> Philip B. Bartoshesky (#2056)
> 912 N. Orange Street
> P.O. Box 1489
> Wilmington, DE 19899
> (302) 655-9677
> Attorney for Plaintiff

January 10, 2007