IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## NOTICE OF DEPOSITION OF AMANDA CUMBERBATCH

TO: Philip B. Bartoshesky, Esquire
Biggs & Battaglia
921 North Orange Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that counsel for Acme Markets, Inc., pursuant to Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, will take the oral deposition of Amanda Cumberbatch in the offices of Biggs & Battaglia, 921 North Orange Street, Wilmington, Delaware 19801, on January 18, 2007, beginning at 1:00 p.m. The deposition will be taken by a notary public, court reporter, or other authorized person and will continue from day to day until completed.

BUCHANAN INGERSOLL & ROONEY PC

*[signature]*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | : JURY TRIAL DEMANDED |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Jennifer M. Becnel-Guzzo, hereby certify that on January 11, 2007, I electronically filed the **Defendants' Notice of Deposition of Amanda Cumberbatch** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

BY: *(signature)*
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 11, 2007