IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### RE-NOTICE OF SERVICE

TO:   Philip B. Bartoshesky, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, DE 19801

Please take notice that Defendant Acme Markets, Inc., pursuant to Rule 45 of the Federal Rules of Civil Procedure, is serving a Subpoena on Ms. Amanda L. Cumberbatch, requiring (1) her attendance at an oral Deposition scheduled to take place on January 24, 2007 at 10:30 a.m., at the offices of Buchanan Ingersoll & Rooney, 1000 West Street, Suite 1410, Wilmington, DE 19801; and (2) the production of documents as described in the Subpoena.

BUCHANAN INGERSOLL & ROONEY PC

BY: *(signature)*
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 22, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES AND EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 06-123 (GMS) |
| | : | |
| ACME MARKETS, INC., a Delaware Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC. a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7836, | : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on January 22, 2007, I electronically filed the **Defendants' Re-Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

BY: *[signature]*
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

January 22, 2007