IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | : : : : : : : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

**STIPULATION REGARDING DUE DATE OF
ACME MARKETS, INC.'S REPLY BRIEF**

WHEREAS, Plaintiffs filed their Answering Brief in Opposition to Defendant's Motion for Summary Judgment on February 15, 2007; and

WHEREAS, Plaintiffs served Defendant with the Answering Brief electronically and also sent copies via U.S. Mail and hand delivery to counsel of record; and

WHEREAS, Defendant contends that initial service of the Answering Brief was made electronically; and

WHEREAS, Defendant believes its Reply Brief in Support of Defendant's Motion for Summary Judgment is due on February 28, 2007 pursuant to *The Revised Administrative Procedures Governing Filing and Service by Electronic Means*, section (E)(6), which permits 3 days to be added to the due date when service of a document is made electronically; and

NOW, THEREFORE, the parties agree and stipulate as follows:

1. Acme Markets shall file its Reply Brief in Support of its Motion for Summary Judgment on February 28, 2007.

| **BUCHANAN INGERSOLL & ROONEY** | **BIGGS & BATTAGLIA** |
|---|---|
| /s/ Jennifer M. Becnel-Guzzo | /s/ Philip B. Bartoshesky |
| Jennifer M. Becnel-Guzzo, Esquire (#4492) | Philip B. Bartoshesky, Esquire (#2056) |
| The Brandywine Building | 921 North Orange Street |
| 1000 West Street, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 655-9677 |
| (302) 552-4200 | (302) 655-7924 (facsimile) |
| (302) 552-4295 (facsimile) | pbarto@batlaw.com |
| jennifer.becnelguzzo@bipc.com | |
| | *Attorneys for Plaintiffs Gloria Nieves and Emilio Nieves* |
| *Attorneys for Defendant Acme Markets, Inc.* | |

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet