IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | § § | |
| Plaintiffs, | § § | C.A. Number: 06-123 GMS |
| v. | § § § | |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | § § § § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

## MOTION TO WITHDRAW

Attorneys for Plaintiffs, Biggs and Battaglia, hereby move this Court for leave to withdraw as the attorneys representing the Plaintiffs, pursuant to local rule 83.7, on the grounds that there have arisen disagreements between the Plaintiffs and Biggs and Battaglia which cannot be resolved and which make it impossible for Biggs and Battaglia to represent these Plaintiffs any further in this litigation.

The position of Plaintiffs with respect to this motion is unclear. Defendants do not oppose this motion but would oppose any changes to the Scheduling Order.

| BIGGS AND BATTAGLIA | BIGGS AND BATTAGLIA |
|---|---|
| /s/ Victor F. Battaglia | /s/ Philip B. Bartoshesky (#2056) |
| Victor F. Battaglia, Sr.(ID# 156) | Philip B. Bartoshesky, Esquire |
| 921 Orange Street | 921 Orange Street |
| Wilmington DE 19801 | Wilmington, DE 19801 |
| (302) 655-9677 | (302) 655-9677 |
| VictorSr@batlaw.com | Pbarto@batlaw.com |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

## CERTIFICATE OF SERVICE

I, Philip B. Bartoshesky, hereby certify that on this 20th day of April, 2007, the MOTION TO WITHDRAW was served by e-file upon the following, as well as by the methods indicated below:

By hand delivery:

    Jennifer M. Becnel-Guzzo, Esquire
    Buchanan Ingersol & Rooney, PC
    1000 West Street, Ste. 1410
    Wilmington, DE 19801

By First-Class Mail:

    Elizabeth A. Malloy, Esquire
    Buchanan, Ingersoll & Rooney, P.C.
    1835 Market Street, 14th Floor
    Philadelphia, Pennsylvania 19103-2985

By Certified Mail:

    Mr. and Mrs. Emilio Nieves
    625 Village Drive
    Middletown, Delaware 19709