**BIGGS AND BATTAGLIA**
ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
Writer's e-mail: VictorSr@batlaw.com

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN
WILLIAM D. BAILEY, JR.

May 15, 2007

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

  Re: *Nieves v. Acme Markets, Inc.*
    **C.A. Number: 06-123 GMS**

Dear Judge Sleet:

I write to request the Court schedule a conference with the Plaintiffs and counsel for all parties with respect to the Motion to Withdraw which pends for decision.

We have lost contact with the Plaintiff since the Motion was filed and are concerned that her interests may be jeopardized by her inaction.

Your consideration will be greatly appreciated.

         Sincerely,

         /s/ *Victor F. Battaglia (#156)*

         Victor F. Battaglia

VFB/ret
Cc: Jennifer Becnel-Guzzo, Esquire
   Elizabeth Malloy, Esquire