IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 06-123 GMS |
| ACME MARKETS, INC., et al. | : |
| Defendants | : |

## ORDER

WHEREAS, on February 27, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on July 18, 2006, a scheduling conference was held and a Scheduling Order was issued on July 24, 2006 (D.I.9);

WHEREAS, on February 1, 2007, the defendant Acme Markets, Inc. filed a motion for summary judgment (D.I. 31), to which an answering brief in opposition (D.I. 33), and a reply brief (D.I. 37) were filed;

WHEREAS, on April 27, 2007, Philip B. Bartoshesky and Victor F. Battaglia filed a motion to withdraw as counsel representing the plaintiffs in this case. The motion indicated that the defendants did not oppose the motion, but would oppose any changes to the Scheduling Order (D.I. 39). The plaintiffs have not filed any documents with respect to the motion for leave to withdraw.

IT IS HEREBY ORDERED that:

1. The Motion for Leave to Withdraw is hereby GRANTED;

2. The pro se plaintiffs are directed to advise the court, in writing, within 10 days of the date of this Order what, if any, attempts have been made to obtain new counsel, or if they are planning on proceeding pro se in this action.



_____
UNITED STATES DISTRICT JUDGE

May __24__, 2007

FILED

MAY 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE