IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : |
| Plaintiffs, | : C.A. Number: 06-123 GMS |
| v. | : |
| ACME MARKETS, INC., a Delaware corporation d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Delaware Corporation d/b/a Acme Markets No. 7836, ACME MARKETS, INC., a Pennsylvania Corporation, d/b/a Acme Markets No. 7816, ACME MARKETS, INC., a Pennsylvania Corporation d/b/a Acme Markets No. 7836, | : **Trial by Jury Demanded** |
| Defendants. | : |

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant, Acme Markets, Inc., submits the attached proposed voir dire.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY

*/s/ Jennifer Becnel-Guzzo*
Jennifer Becnel-Guzzo
1000 West Street, Ste. 1410
Wilmington, DE  19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
Attorney for Defendant
ACME Markets, Inc.

and

Elizabeth A. Malloy (pro hac vice)
Buchanan Ingersoll & Rooney, P.C.
1835 Market Street, 14th Floor
Philadelphia, PA  19103-2985
215-665-5310
Attorney for Defendant
ACME Markets, Inc.

DATED:  May 29, 2007

The parties respectfully submit the following proposed voir dire.

1. Is any member of the panel related to the plaintiff?

2. Is any member of the panel related to or personally acquainted with any officer, director, or employee of Acme Markets?

3. Is any member of the panel currently employed by Acme Markets, or has been employed by Acme Markets in the past?

4. Is any member of the panel related to, or personally acquainted with _____, plaintiff's attorney or ever been represented by him or by any associate or member of his law firm, _____?

5. Is any member of the panel related to, or personally acquainted with Jennifer Becnel-Guzzo or Elizabeth A. Malloy, defendant's attorney or ever been represented by either of them or by any associate or member of their law firm, Buchanan Ingersoll & Rooney?

6. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appears as witnesses in this case:

> Stephen Moyer
> Stephen Briley
> Barbara Appenzeller
> Denise Dean
> Christina Shaw
> Joyce Alphin
> Amanda Cumberbatch
> Jeanie Black
> Frank Murphy
> Nancy Colburn

                    Henry Fajkowski
                    Tom Holden
                    Michelle Warren
                    Penny Armstrong
                    Tamara Marshall
                    Stacy Slate
                    Thomas J. Smith
                    Mike Porte
                    Gloria Nieves
                    Emilio Nieves

7. Does any member of the panel have any personal knowledge of this case, or have you heard it discussed, or have an opinion regarding it?

8. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

9. Has any member of the panel ever served as a juror in a civil lawsuit?

10. Does any member of the panel have any experience with, or knowledge of, employment discrimination?

11. Has any member of the panel been fired from a job or forced to quit?

12. Has any member of the panel experienced discrimination or harassment at work?

13. Has any member of the panel filed a discrimination complaint, either formally or informally?

14. Has any member of the panel been a supervisor or manager?

15. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

16. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

17. (Note: We ask permission to ask jurors privately whether they feel that they can render an impartial verdict in a case in which there are allegations of an abusive spousal relationship.)

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : | CIVIL ACTION |
| | : | |
| Plaintiffs,   : | : | |
| | : | |
| v. | : | |
| | : | Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation | : | |
| d/b/a Acme Markets No. 7816, ACME MARKETS, | : | JURY TRIAL DEMANDED |
| INC., a Delaware Corporation d/b/a Acme Markets | : | |
| No. 7836, ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation, d/b/a Acme Markets No. 7816, | : | |
| ACME MARKETS, INC., a Pennsylvania | : | |
| Corporation d/b/a Acme Markets No. 7836, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Jennifer M. Becnel-Guzzo, hereby certify that on May 29, 2007, I electronically filed Defendant's Proposed Voir Dire with the Clerk of Court using CM/ECF and also served two copies, via first class mail, postage prepaid, to:

>Gloria and Emilio Nieves
>625 Village Drive
>Middletown, DE  19709

>BUCHANAN INGERSOLL & ROONEY PC
>
>BY: _____
>Jennifer M. Becnel-Guzzo (#4492)
>1000 West Street, Suite 1410
>Wilmington, DE 19801
>(302) 552-4200
>jennifer.becnelguzzo@bipc.com
>*Attorneys for Defendant Acme Markets, Inc.*

May 29, 2007

#2032420-v1