THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, : | CIVIL ACTION |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation : | |
| d/b/a Acme Markets No. 7816, ACME MARKETS, : | JURY TRIAL DEMANDED |
| INC., a Delaware Corporation d/b/a Acme Markets : | |
| No. 7836, ACME MARKETS, INC., a Pennsylvania : | |
| Corporation, d/b/a Acme Markets No. 7816, : | |
| ACME MARKETS, INC., a Pennsylvania : | |
| Corporation d/b/a Acme Markets No. 7836, : | |
| : | |
| Defendants. : | |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE DDOL'S MARCH 18, 2005 LETTER TO DEFENDANT AND FINAL DETERMINATION AND RIGHT TO SUE NOTICE**

Defendant, Acme Markets, Inc., hereby moves this Court for an Order precluding Plaintiffs, Gloria Nieves and Emilio Nieves, from introducing the Delaware Department of Labor's March 18, 2005 Letter to Defendant and Final Determination and Right to Sue Notice issued on March 31, 2005. Both documents should be excluded from trial because:

1. Both documents are inadmissible hearsay under Rule 801 and Rule 802, and do not fall within the Rule 803(8)(C) hearsay exception because they lack trustworthiness; and

2. Both documents are significantly more prejudicial than probative under Rule 403.

In support of this Motion, defendant relies on the reasons set forth in the accompanying Opening Brief in Support of its Motion and the Appendix.

    Respectfully submitted,

    BUCHANAN INGERSOLL & ROONEY PC

    _/s/ Jennifer M. Becnel-Guzzo_
    JENNIFER M. BECNEL-GUZZO (No. 4492)
    The Brandywine Building
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200
    (302) 552-4295 (facsimile)
    jennifer.becnelguzzo@bipc.com

    and

    ELIZABETH A. MALLOY *(admitted pro hac vice)*
    BUCHANAN INGERSOLL & ROONEY PC
    1835 Market Street
    14th Floor
    Philadelphia, PA 19103
    (215) 665-8700

    Attorneys for Defendant,
    Acme Markets, Inc.

Dated: May 22, 2007

THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | |
| : | Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation : | |
| d/b/a Acme Markets No. 7816, ACME MARKETS, : | JURY TRIAL DEMANDED |
| INC., a Delaware Corporation d/b/a Acme Markets : | |
| No. 7836, ACME MARKETS, INC., a Pennsylvania : | |
| Corporation, d/b/a Acme Markets No. 7816, : | |
| ACME MARKETS, INC., a Pennsylvania : | |
| Corporation d/b/a Acme Markets No. 7836, : | |
| Defendants. : | |

ORDER

**AND NOW**, this _____ day of _____ 2007, upon consideration of Defendant's Motion in Limine to Exclude the Delaware Department of Labor's March 18, 2005 Letter to Defendant and Final Determination and Right to Sue Notice, and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

IT IS SO ORDERED

                                                                  _____<br>
                                                                  The Honorable Gregory M. Sleet

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and EMILIO NIEVES, | : CIVIL ACTION |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : Number: 06-123 (GMS) |
| ACME MARKETS, INC., a Delaware corporation | : |
| d/b/a Acme Markets No. 7816, ACME MARKETS, | : JURY TRIAL DEMANDED |
| INC., a Delaware Corporation d/b/a Acme Markets | : |
| No. 7836, ACME MARKETS, INC., a Pennsylvania | : |
| Corporation, d/b/a Acme Markets No. 7816, | : |
| ACME MARKETS, INC., a Pennsylvania | : |
| Corporation d/b/a Acme Markets No. 7836, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on May 29, 2007, I electronically filed Defendant Acme Markets, Inc.'s Motion In Limine to Exclude the DDOL's March 18, 2005 Letter to Defendant and Final Determination and Right to Sue Notice, along with supporting opening brief with the Clerk of Court using CM/ECF, and also served two copies, via first class mail, postage prepaid, to:

> Gloria and Emilio Nieves
> 625 Village Drive
> Middletown, Delaware 19709

I further certify that on May 22, 2007, Plaintiff's former counsel, Biggs & Battaglia, received a copy of Defendant's Motion in Limine and supporting opening brief.

                BUCHANAN INGERSOLL & ROONEY PC

BY: /s/ Jennifer M. Becnel-Guzzo
Jennifer M. Becnel-Guzzo (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Acme Markets, Inc.*

May 29, 2007

#2031651-v1

2