Jun 5 2007

To might concern:

My name is Gloria nieves, I am responding the letter that you send me about that my lawyer does not continuing with my case.

They do not continuing with May case because y told them than I can pay the money week by week, but they never answer me.

My case is GLORIA NIEVES (Plaintiffs) v ACME MARKETS, INC (Defendants)

I am looking for another lawyer that can take my case but they told me that that takes around 2 or 3 weeks. I don't know if I have that time. I jus want that case is over   and move on with my live.

I just want to tell you that my case about discrimination for part of coworkers' and people that don't care about person that work good like me

I hope you take care about my case

Sincerely

Gloria Nieves

GLORIA NIEVES

I'm Sending the copy of the order that I have From you, that way you are going to usderstand more



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. 06-123 GMS |
| ACME MARKETS, INC., et al. | : |
| Defendants | : |

## ORDER

WHEREAS, on February 27, 2006, a complaint was filed in the above-captioned case (D.I.

1);

WHEREAS, on July 18, 2006, a scheduling conference was held and a Scheduling Order was

issued on July 24, 2006 (D.I.9);

WHEREAS, on February 1, 2007, the defendant Acme Markets, Inc. filed a motion for

summary judgment (D.I. 31), to which an answering brief in opposition (D.I. 33), and a reply brief

(D.I. 37) were filed;

WHEREAS, on April 27, 2007, Philip B. Bartoshesky and Victor F. Battaglia filed a motion

to withdraw as counsel representing the plaintiffs in this case. The motion indicated that the

defendants did not oppose the motion, but would oppose any changes to the Scheduling Order (D.I.

39). The plaintiffs have not filed any documents with respect to the motion for leave to withdraw.

IT IS HEREBY ORDERED that:

1. The Motion for Leave to Withdraw is hereby GRANTED;

2. The pro se plaintiffs are directed to advise the court, in writing, within 10 days of the date of this Order what, if any, attempts have been made to obtain new counsel, or if they are planning on proceeding pro se in this action.



UNITED STATES DISTRICT JUDGE

May ____24____, 2007

FILED

MAY 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

R/ Gloria Nieves
625 Village Drive
Middletown DE 19709

WILMINGTON DE 197

05 JUN 2007 PM 1 L

USA First-Class

TO:

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilming ton, Delaware 19801-3570