IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLORIA NIEVES, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-123 GMS |
| ACME MARKETS, INC., et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, on May 24, 2007, the court issued an Order granting plaintiffs' counsel's motion for leave to withdraw;

WHEREAS, the court's Order directed the plaintiffs to advise the court, within 10 days, what efforts were being were made to obtain new counsel, or if they were planning on proceeding pro se in this matter (D.I. 41);

WHEREAS, on June 6, 2007, the plaintiffs filed a letter with the court requesting additional time within which to obtain new counsel (D.I. 50); and

WHEREAS, the court concludes that it is in the interest of justice and fairness to grant the plaintiffs' request;

IT IS HEREBY ORDERED that:

1. The plaintiffs' request for additional time to obtain new counsel is GRANTED. The plaintiffs are hereby given an additional 30 days, or until July 12, 2007, to notify the court whether new counsel will be entering an appearance, or whether they are proceeding pro se.

2.   The pretrial conference scheduled for June 19, 2007, at 11:00 a.m., and the three-day, jury trial, scheduled for Monday, July 9, 2007, are hereby CONTINUED. A further scheduling conference will be set after July 12, 2007.

Dated: June /1, 2007

_____
UNITED STATES DISTRICT JUDGE



FILED
JUN 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE