06cv123GMS

To Whom It May Concern:

My name is Gloria Nieves, I am writing because I neither can nor find lawyer to continuing with my case.

Every lawyer ask for a lot of money and other doesn't have time for my case

I do not what I can do , I do not know if I want trial because I don't have any lawyer that can defendant me.

If is possible you can give any advice about my situation I appreciate any advice that you can give me

Sincerely

*Gloria Nieves*
Gloria Nieves



06cv123GMS
FILED
JUL -9 2007
RG Scott
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gloria Nieves
635 Village Drive
Middletown DE 19709

FIRST CLASS

6 in. x 9 in.   No. 00310   GOULD   Handle with Care

Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington, DE 19801-3570

U.S.M.S.

U.S. POSTAGE
PAID
MIDDLETOWN, DE
19709
JUL 06, 07
AMOUNT
$0.80
0003801308