IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLORIA NIEVES, et al.                :

    Plaintiffs                       :

v.                                   : Civil Action No. 06-123 GMS

ACME MARKETS, INC., et al.           :

    Defendants                       :

## ORDER

WHEREAS, on May 24, 2007, the court issued an Order (D.I. 41) granting the plaintiffs' counsel's motion for leave to withdraw;

WHEREAS, the Order further directed the plaintiffs to advise the court within ten days what efforts they were making to obtain new counsel, or if they were planning on proceeding pro se in this matter;

WHEREAS, on June 12, 2007, the plaintiffs the court gave the plaintiffs an additional 30 days within which to obtain counsel (D.I. 51);

WHEREAS, on July 9, 2007, the plaintiffs filed a letter (D.I. 52) advising the court that they had not obtained legal representation; and

WHEREAS, the letter further states that the plaintiffs "do not know if [they] want [to pursue a] trial" without legal representation and seeks legal advice from the court;

IT IS HEREBY ORDERED that:

1.     The court is unable to render legal advice and, therefore, unable to assist the plaintiffs in this manner.

2. The plaintiffs shall definitively advise the court whether or not they wish to pursue their clams on or before July 31, 2007. Failure to provide the court with this information may result in the dismissal of this case.

Dated: July 13, 2007

_____
UNITED STATES DISTRICT JUDGE



FILED

JUL 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE