7-19-07

To Whom It May Concern:

06-123 (Gms)

The present letter is for let you know that I want to continue with may case with out lawyer.

I am going to defend my self; I just need some kind of court advisor in Spanish to help me to translate from Spanish to English, because my English is good but no good enough to tray to defend me.

I hope every thing is better now. Thank you for the interest that you take about this letter.

Sincerely

*Gloria Nieves* (signature)
Gloria Nieves

FILED
JUL 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



From: Gloria Nieves
635 Village Dr.
Middletown DE
19709

To
Office of the clerk
United States District Court
844 N. King street, Lock Box 18
Wilmington, Delaware 19801-3570