CA06-123 GMS

To might concern:

My name is Gloria Nieves and I am writing about my case with Acme Supermarket

Y send a letter more than 1 month that I said that I accepted defend my self and after that I never heard nothing about my case

I want to know what happen if the case is pending or something happen with my case.

Thank you for the help that you give to the present letter

Sincerely

*Gloria Nieves* (signature)

Gloria Nieves

FILED
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pl= Gloria Nieves
635 Village Dr.
Middletown DE 19709

WILMINGTON DE 197
13 2007 PM 2 L

Office of the clerk
United States District court
844 N. King street, lockbox 18
Wilmington, DE 19801-3570

19801+3570

U.S.M.S.
X-RAY