IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and<br>EMILIO NIEVES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACME MARKETS, INC., a Delaware<br>corporation d/b/a/ Acme<br>Markets Nos. 7816 and 7836,<br>and ACME MARKETS, INC., a<br>Pennsylvania corporation<br>d/b/a Acme Markets Nos. 7816<br>and 7836,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  06-123-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 25th day of June, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, D.I. 58;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

JUN 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE