IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLORIA NIEVES and<br>EMILIO NIEVES,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACME MARKETS, INC., a Delaware<br>corporation d/b/a/ Acme<br>Markets Nos. 7816 and 7836,<br>and ACME MARKETS, INC., a<br>Pennsylvania corporation<br>d/b/a Acme Markets Nos. 7816<br>and 7836,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-123-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER REFERRING MATTER FOR REPRESENTATION</u>

At Wilmington, this 25TH day of June, 2008, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel;

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide representation to indigent parties in certain civil litigation is incorporated herein by reference.

                                                /s/ [signature]
                                                United States District Judge

FILED

JUN 25 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE